

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 22, 2023

**BY ECF and EMAIL**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Cerchio* et al., 23 Cr. 330 (PAE)

Dear Judge Engelmayer:

The Government respectfully writes, with the consent of defendant, to request a brief extension of both parties' sentencing submission deadlines in advance of the sentencing for defendant Vincent Spagnuolo scheduled for January 9, 2024.

Currently, the defendant's sentencing submission is due on December 26, 2023 and the Government's sentencing submission is due on January 2, 2024. However, the final Presentence Investigation Report ("PSR") will not be disclosed until January 2, 2024 and, due to the expedited sentencing for this defendant, there has been no initial PSR disclosure. Accordingly, the Government requests an extension of the deadline for the defendant's submission until January 3, 2024 and an extension of the deadline for the Government's submission until January 5, 2024, so that both parties have an opportunity to review and, if necessary, respond to the PSR in formulating their sentencing submissions and any recommendations contained therein.

The parties do not request any adjournment of the January 9, 2024 sentencing date.

GRANTED. SO ORDERED.

*/s/ Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge
Dated: December 26, 2023
New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/_____
Justin Horton
Alexandra S. Messiter
Assistant United States Attorneys
(212) 637-2276 / -2544

cc:   Counsel of record (via ECF)